IN THE UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  
    Roy Pettis, III  
    Cynthia Pettis  
    Debtors  
_____/

Case No. 6:13-bk-05841-ABB

Chapter 13

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtors request entry of an order referring the Debtors and American Home Mortgage to mortgage modification mediation, and in support state:

1. The Debtors filed this Chapter 13 case in an attempt to retain their primary residence.

2. The Debtors would like to modify the terms of the mortgage encumbering their primary residence. The Debtors' income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.

3. Medication pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

4. Debtors will pay the $385 mediation cost to the Chapter 13 Trustee prior to attending any scheduled mediation.

Wherefore, Debtors request the entry of an order referring this case to mediation and for Such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States First Class Mail, postage pre-paid or electronic transmission, to **Laurie K. Weatherford**, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790; **American Home Mortgage**, Attn: Officer, Manager or Registered Agent, PO Box 660029, Dallas, TX 75261; and **Roy and Cynthia Pettis,** 2420 Chisolm Oaks Trail, Groveland, FL 34736 on this the 17th day of September, 2013.

    /s/ Joel L. Gross_____  
    The Law Office of Joel L. Gross, P.A.  
    Joel L. Gross, Esq.  
    Fl. Bar No.: 419796  
    655 West Highway 50, Suite 101  
    Clermont, Florida 34711  
    (352) 536-6288 Phone  
    (352) 536-2452 Fax  
    jlgpa@cfl.rr.com